UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNEST CALVINO JR.,<br><br>                      Plaintiff,<br><br>-against-<br><br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK,<br><br>                      Defendant. | 1:20-CV-0450 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 24, 2020, dismissing this action is frivolous,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 24, 2020
        New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge